UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **FIRST BAPTIST CHURCH OF IOWA LOUISIANA** | **CASE NO. 2:21-CV-02472** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHURCH MUTUAL INSURANCE CO S I** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

In conjunction with the Trial Opinion of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of First Baptist Church of Iowa Louisiana and against Church Mutual Insurance Co, SI, for the total amount of One Million, Nine Hundred Thirty-Seven Thousand, Six Hundred Ninety-Five Dollars and Seventy-One Cents ($1,937,695.71), with pre-judgment interest from the date of judicial demand to the date of entry of Judgment at the Louisiana rate of judicial interest, and post-judgment interest at the rate provided for by Title 28, United States Code, Section 1961, from date of entry of judgment until paid.

**IT IS FURTHER ORDERED** that Church Mutual is taxed with the costs of this proceeding as may be permitted under 28 U.S.C. § 1920, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure. First Baptist shall submit within 14 days of this Judgment a detailed summary of its costs with supporting documentation; Church Mutual shall file any traversal it has, within 7 days thereafter.

**THUS DONE AND SIGNED** in Chambers on this 10th day of July, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE