UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **FIRST BAPTIST CHURCH OF IOWA LOUISIANA** | **CASE NO. 2:21-CV-02472** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHURCH MUTUAL INSURANCE CO S I** | **MAGISTRATE JUDGE LEBLANC** |

### AMENDED JUDGMENT

Pursuant to the Memorandum Ruling of this date, and considering the Fifth Circuit's Ruling and instructions,[1] the Judgment of this Court at Document 53 is **AMENDED** IN ITS ENTIRETY as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of First Baptist Church of Iowa Louisiana and against Church Mutual Insurance Co. SI, for the total amount of One Million, Four Hundred Twenty-Seven, Two Hundred and Nine Dollars and ninety cents **($1,427,209.90)**, with pre-judgment interest from the date of judicial demand to the date of entry of Judgment at the Louisiana rate of judicial interest, and post-judgment interest at the rate provided for by Title 28, United States Code, Section 1961, from date of entry of judgment until paid.

**IT IS FURTHER ORDERED** that Church Mutual is taxed with the costs of this

---

[1] Doc. 67.

proceeding as may be permitted under 28 U.S.C. § 1920, pursuant to Rule 54(d) of the Federal Rule of Civil Procedure.

    **THUS DONE AND SIGNED** in Chambers on this 17th day of October, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE